UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

LAURA BROWN,

                Plaintiff,

-vs-                                            Case No. 6:04-cv-1535-Orl-31JGG

J & G FLORIDA ENTERPRISES, L.C.
d/b/a Sutton Homes, JAMES N. BAXTER,
GAIL P. BAXTER

                Defendants.

_____

REPORT AND RECOMMENDATION

TO THE UNITED STATES DISTRICT COURT

      Plaintiff Laura Brown filed this action against Defendants J&G Florida Enterprises, L.C. d/b/a Sutton Homes, James N. Baxter, and Gail P. Baxter on October 19, 2004. Plaintiff's complaint alleges that Defendants violated the Fair Labor Standards Act, 29 U.S.C. § 201, et. seq. and Chapter 448, Florida Statutes, by failing to pay overtime and other wages due.

      On September 20, 2005, Plaintiff's counsel, Charles L. Scalise, and Konstantine E. Pantas filed an Unopposed Motion to Withdraw as Counsel, stating that Plaintiff and counsel "vastly differ" regarding potential damages, the settlement value of the claim, and the risk involved in litigation. Doc. No. 27 at 1, Paragraph 1. On September 21, 2005, the Court entered a Notice of Hearing on the Unopposed Motion to Withdraw as Counsel set for September 30, 2005 and additionally entered the following Order: "Plaintiff Laura Brown and counsel for Plaintiff are ORDERED to be present in person for the hearing. Failure to appear may result in dismissal of the action." Doc. No. 28.

Plaintiff failed to appear at the hearing on September 30, 2005. Plaintiff's counsel, Mr. Scalise, and Defendants' counsel were present. At the hearing, Mr. Scalise stated that his law firm sent Plaintiff a copy of the Court's Notice and Order (Doc. No. 28) and a letter notifying her of the time and date of the hearing and that her presence was "mandatory." See Doc. No. 31. The letter and the copy of the Court's Notice and Order were sent by certified and regular mail. *Id*. The Court granted Mr. Scalise and Mr. Pantas' Unopposed Motion to Withdraw as Counsel. Doc. No. 29. Plaintiff received notice of the Court's order, including notice that her failure to appear at the hearing could result in dismissal of her case, and she still did not appear.

For the foregoing reasons, it is **RECOMMENDED** that the action be **DISMISSED WITHOUT PREJUDICE** for failure to comply with the undersigned's Order.

Failure to file written objections to the proposed findings and recommendations contained in this report on or before October 21, 2005 shall bar an aggrieved party from attacking the factual findings on appeal.

PLAINTIFF LAURA BROWN IS PROCEEDING PRO SE, MR. SCALISE AND MR. PANTAS HAVING BEEN PERMITTED TO WITHDRAW. LAURA BROWN THEREFORE MUST FILE AND SERVE A WRITTEN OBJECTION TO THIS ORDER HERSELF ON OR BEFORE **OCTOBER 21, 2005**. FAILURE TO DO SO MAY RESULT IN THE DISMISSAL OF THE ACTION.

Recommended in Orlando, Florida on October 3, 2005.

JAMES G. GLAZEBROOK
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

The Honorable Gregory A. Presnell
Counsel of Record
Unrepresented Party: Laura Brown
Courtroom Deputy

-3-