# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**LAURA BROWN,**
              **Plaintiff,**

**-vs-**                                        Case No. 6:04-cv-1535-Orl-31JGG

**J & G FLORIDA ENTERPRISES, L.C.**
**d/b/a Sutton Homes, JAMES N. BAXTER,**
**GAIL P. BAXTER**
              **Defendants.**

## ORDER

On September 30, 2005, Magistrate Judge Glazebrook held a hearing on an Unopposed Motion to Withdraw as Counsel filed by Plaintiff's attorney, Charles L. Scalise. Notwithstanding having been served via Certified Mail with a copy of the Notice of Hearing, Plaintiff failed to appear at the scheduled hearing.

On October 3, 2005, the United States Magistrate Judge issued a report (Doc. No. 32) recommending that in light of Plaintiff's failure to appear that this case be dismissed without prejudice. No objections have been filed. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

2. That due to the Plaintiff's failure to appear at the hearing on September 30, 2005, this case is DISMISSED, without prejudice.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on 26th day of October, 2005.

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE